MANHATTAN RAILWAY COMPANY, Respondent, *v.* FRANCIS MERGES, Appellant.

*Manhattan Ry. Co.* v. *Merges,* 38 App. Div. 120, affirmed.
(Submitted April 22, 1901; decided May 7, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*George E. Mott* for appellant.

*Julien T. Davies* and *Herbert Barry* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.

---

EMILIE F. ANTONY, Respondent, *v.* CHARLES W. DICKEL et al., Appellants, Impleaded with Another.

*Antony* v. *Dickel,* 40 App. Div. 624, affirmed.
(Submitted April 23, 1901; decided May 7, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles P. Howland* for appellants.

*Robert H. Griffin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.